UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Environmental Protection Information Center<br><br>Plaintiff,<br><br>v.<br><br>Blackwell, et al.<br><br>Defendants. | CASE NO. C-03-4396-EMC<br><br>~~(Proposed)~~<br><br>ORDER APPROVING SETTLEMENT AGREEMENT |

WHEREAS Plaintiff and Federal Defendants have filed a "Stipulated Agreement Concerning Attorneys' Fees and Costs" ("Stipulated Agrement)" pursuant to which the Parties agreed that Federal Defendants will pay Plaintiff a lump sum total of $85,000.00 in full and complete satisfaction of any and all claims for attorneys' fees and costs of Plaintiff for pursuing this litigation, and good cause appearing, the Court hereby orders Federal Defendants to pay Plaintiff through counsel Western Environmental Law Center a lump sum of $85,000.00 in accord with the terms of the Parties' Stipulated Agreement and in full and complete satisfaction of any claims for attorneys' fees and costs that Plaintiff may have in this case. In further accord with the Parties' Stipulated Agreement, Plaintiff's Motion for Attorneys' Fees and Costs, filed on July 26, 2005, is hereby withdrawn.

IT IS SO ORDERED.

Dated: October 6, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge