# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Environmental Protection Information Center | CASE NO. C-03-4396-EMC |
| Plaintiff, | |
| v. | **(Proposed)** |
| Blackwell, et al. | **ORDER APPROVING DISMISSAL** |
| Defendants. | |

In accord with the Parties' Stipulated Agreement Concerning Dismissal, and good cause appearing, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: ___November 3, 2005___

_____
EDWARD M.
United States Magistrate Judge